JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JOSE R. SOLANO, et al., | Case No. CV 18-0119 FMO |
| Debtors, | |
| JOSE R. SOLANO, et al., | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 16th day of February, 2018.

                                                                         /s/
                                                Fernando M. Olguin
                                          United States District Judge